**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover          Date:  March 11, 2013
Court Reporter:     Terri Lindblom
Probation Officer:  Ryan Henry

Criminal Action No.  11-cr-00158-MSK

<u>*Parties*</u>:                                        <u>*Counsel*</u>:

UNITED STATES OF AMERICA,                     Michele Korver

      Plaintiff,

v.

JOSEPH JAMES BURKE,                           Philip Cherner

      Defendant.

---

**SENTENCING MINUTES**
_____

**11:06 a.m.     Court in session**.

Defendant present on bond.

**Change of Plea Hearing on October 11, 2012.  Defendant pled guilty to Count 1 of the Information.**

**ORDER:**     Motion (**Doc. #483**) and the companion documents (**Doc. #484 and #485**) is **DENIED** as to this defendant.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #491).**  Argument.

The parties **do/do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, the defendant, defense counsel

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:** Government's Motion for Downward Departure (**Doc. #491**) is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD. The sentence is for time served.**

The defendant is advised of his right to appeal.

**11:43 a.m.** **Court in recess.**

Total Time: 37 minutes.
Hearing concluded.